AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
KEVIN DANIEL LOFTUS

)
)
)
)
)
)

Case: 1:21-mj-00031
Assigned to: Judge Meriweather, Robin. M
Assign Date: 1/11/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KEVIN DANIEL LOFTUS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)(2)(A) and (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/11/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.11 15:00:46 -05'00'

*Issuing officer's signature*

City and state:  Washington, DC

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/11/2021, and the person was arrested on *(date)* 1/12/2021
at *(city and state)* EAU CLAIRE, WISCONSIN.

Date: 1/12/2021

*Arresting officer's signature*

STEVEN V. TELISAK - SPECIAL AGENT
*Printed name and title*